No. D–562. IN RE DISBARMENT OF DRAKE. Disbarment entered. [For earlier order herein, see 478 U. S. 1034.]

No. D–583. IN RE DISBARMENT OF GONZALES. Alphonse C. Gonzales, of Chicago, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on November 3, 1986 [*ante*, p. 926], is hereby discharged.

No. D–585. IN RE DISBARMENT OF REYNOLDS. Disbarment entered. [For earlier order herein, see *ante*, p. 927.]

No. D–590. IN RE DISBARMENT OF KAZDOY. Disbarment entered. [For earlier order herein, see *ante*, p. 958.]

No. 86–44. SHEARSON/AMERICAN EXPRESS INC. ET AL. *v.* MCMAHON ET AL. C. A. 2d Cir. [Certiorari granted, *ante*, p. 812.] Motion of Willie D. Chandler et al. for leave to file a brief as *amici curiae* granted.

No. 86–87. UNITED STATES *v.* SALERNO ET AL. C. A. 2d Cir. [Certiorari granted, *ante*, p. 929.] Motion of respondent Cafaro to join brief of respondent Salerno granted.

No. 86–341. FORT HALIFAX PACKING CO., INC. *v.* COYNE, DIRECTOR, BUREAU OF LABOR STANDARDS OF MAINE, ET AL. Sup. Jud. Ct. Me. [Probable jurisdiction noted, *ante*, p. 947.] Motion of Chamber of Commerce of the United States of America for leave to participate in oral argument as *amicus curiae*, for divided argument, and for additional time for oral argument denied.

No. 86–480. DARBY DENTAL SUPPLY CO., INC., ET AL. *v.* PREMIER DENTAL PRODUCTS CO., *ante*, p. 950. Motion of petitioner to direct the Clerk to file a petition for rehearing out of time denied.

No. 86–5344. MILLER *v.* FLORIDA. Sup. Ct. Fla. [Certiorari granted, *ante*, p. 960.] Motion of American Civil Liberties Union et al. for leave to file a brief as *amici curiae* granted.

No. 85–1551. KARCHER, SPEAKER OF THE NEW JERSEY GENERAL ASSEMBLY, ET AL. *v.* MAY ET AL. Appeal from C. A. 3d